**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CANDACE CASIDA, individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 11 C 2110 |
| SEARS HOLDINGS CORPORATION AND SEARS, ROEBUCK & CO., | ) ) ) | Honorable Thomas M. Durkin |
| Defendants. | ) ) | |

**STIPULATION RE DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between all parties appearing in this action through their designated counsel that the action, including but not limited to all claims of Plaintiff Candace Casida and opt-in Plaintiff Daniel Lehman in the above-captioned action, be and hereby is dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs.

-2-

DATED: April 1, 2013      Respectfully submitted,

     By:   */s/ Joseph C. Liburt*_____
        Lynne C. Hermle
        Joseph C. Liburt
        ORRICK, HERRINGTON & SUTCLIFFE LLP
        1000 Marsh Road
        Menlo Park, California 94025
        Telephone: (650) 614-7400
        Facsimile: (650) 614-7401

        Paul R. Garry
        Jason E. Barsanti
        MECKLER BULGER TILSON
         MARICK & PEARSON LLP
        123 North Wacker Drive, Suite 1800
        Chicago, Illinois 60606
        Telephone: (312) 474-7900
        Facsimile: (312) 474-7898

        *Attorneys for Sears Holdings Corporation and Sears, Roebuck & Co.*

DATED:  April 1, 2013	 _/s/ Matthew B. George_____
Elizabeth A. Fegan
Daniel J. Kurowski
1144 W. Lake Street, Suite 400
Oak Park, Illinois 60301
Telephone:  (708) 628-4949
Facsimile:  (708) 628-4950
E-mail: beth@hbsslaw.com
E-mail: dank@hbsslaw.com

Eric H. Gibbs (*pro hac vice*)
Philip B. Obbard (*pro hac vice*)
Matthew B. George (*pro hac vice*)
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, California  94108
Telephone:  (415) 981-4800
Facsimile:   (415) 981-4846
E-mail: ehg@girardgibbs.com
E-mail: pbo@girardgibbs.com
E-mail: mbg@girardgibbs.com

Todd M. Schneider (*pro hac vice*)
Joshua G. Konecky (*pro hac vice*)
Lisa M. Bowman (*pro hac vice*)
SCHNEIDER WALLACE COTTRELL
  BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

*Attorneys For Individual and Representative Plaintiff Candace Casida*

**IT IS SO STIPULATED.**

## CERTIFICATE OF SERVICE

I, Jason Barsanti, hereby certify that on **April 1, 2013,** I caused to be electronically filed a true and correct copy of the foregoing **Stipulation Re Dismissal With Prejudice** with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to the following:

Elizabeth A. Fegan, Esq.
Daniel J. Kurowski, Esq.
HAGENS BERMAN SOBOL SHAPIRO LLP
1144 W. Lake St., #400
Oak Park, IL 60301-1043
beth@hbsslaw.com
dank@hbsslaw.com

Joshua G. Konecky, Esq.
Lisa M. Bowman, Esq.
Todd M. Schneider, Esq.
SCHNEIDER WALLACE COTTRELL
  BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
jkonecky@schneiderwallace.com
lbowman@schneiderwallace.com
tschneider@schneiderwallace.com

Matthew B. George
Eric H Gibbs
Philip B Obbard
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, CA 94108
mbg@girardgibbs.com
ehg@girardgibbs.com
pbo@girardgibbs.com

*s/ Jason Barsanti*
Jason E. Barsanti
MECKLER BULGER TILSON MARICK PEARSON LLP
123 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: (312) 474-7900
jason.barsanti@mbtlaw.com

M:\14862\pleading\STIP-Dismiss.doc